# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACQUELINE WEST,
Appellant,

vs.

LARRY WEST, JR.,
Respondent.

No. 84543

FILED

MAY 05 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion to set aside the divorce decree. Eighth Judicial District Court, Clark County; Vincent Ochoa, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed after the timely filing of a tolling motion under NRAP 4(a)(4) and before the tolling motion was formally resolved. The district court docket entries reflect that appellant filed a timely motion for reconsideration on March 24, 2022. *See AA Primo Builders v. Washington*, 126 Nev. 578, 245 P.3d 1190 (2010) (a motion for reconsideration may be considered a tolling motion to alter or amend). The motion has not yet been resolved. A timely tolling motion terminates the 30-day appeal period, and a notice of appeal is of no effect if it is filed after such a tolling motion is filed, and before the

22-14349

district court enters a written order finally resolving the motion. *See* NRAP 4(a)(4). This court lacks jurisdiction and therefore

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon


cc:    Hon. Vincent Ochoa, District Judge
       Jacqueline West
       Larry West, Jr.
       Eighth District Court Clerk